RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KATHRYN C. NEWMAN
Assistant Federal Public Defender
Nevada State Bar No. 13733
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Kathryn_Newman@fd.org

Attorney for Maria Magdalena Mendoza

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00212-GMN-BNW |
| Plaintiff, | **STIPULATION TO CONTINUE MOTION FOR PROTECTIVE ORDER HEARING** |
| v. | (First Request) |
| MARIA MAGDALENA MENDOZA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Simon F. Kung, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Kathryn C. Newman, Assistant Federal Public Defender, counsel for Maria Magdalena Mendoza, that the Hearing re: Motion for Protective Order currently scheduled on October 2, 2020 at 2:00 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than one week.

This Stipulation is entered into for the following reasons:

1.    Defense counsel has an unexpected emergency that requires her to be out of the office on the currently scheduled date.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the Motion for Protective Order hearing.

DATED this 1st day of October, 2020.


RENE L. VALLADARES     NICHOLAS A. TRUTANICH
Federal Public Defender      United States Attorney


 */s/ Kathryn C. Newman*       */s/ Simon F. Kung*
By_____   By_____
KATHRYN C. NEWMAN     SIMON F. KUNG
Assistant Federal Public Defender   Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

           Plaintiff,

    v.

MARIA MAGDALENA MENDOZA,

         Defendant.

Case No. 2:20-cr-00212-GMN-BNW

**ORDER**

    IT IS THEREFORE ORDERED that the Motion for Protective Order hearing currently scheduled for Friday, October 2, 2020 at 2:00 p.m., be vacated and continued to October 9, 2020, at 1:00 PM.

    DATED this 1st day of October, 2020.

 

_____

UNITED STATES MAGISTRATE JUDGE

3