RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for Maria Magdalena Mendoza

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00212-GMN-BNW |
| Plaintiff, | **STIPULATION TO CONTINUE MOTION HEARING** |
| v. | (First Request) |
| MARIA MAGDALENA MENDOZA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Simon F. Kung, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, Brian Pugh, Assistant Federal Public Defender, counsel for Maria Magdalena Mendoza, that the motion hearing currently scheduled for May 2, 2022 at 9:30 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than seventy-five (75) days.

The Stipulation is entered into for the following reasons:

1.     Government counsel is unavailable the first two weeks of May.

2.     Defense counsel is in another district for trial from the second week of May through mid-July.

3.     The defendant is not incarcerated and does not object to the continuance.

1    This is the first stipulation to continue filed herein.

2    DATED this 4th day of April 2022.

3

4    RENE L. VALLADARES                    CHRISTOPHER CHIOU
     Federal Public Defender               Acting United States Attorney
5

6    By /s/ Brian Pugh                     By /s/ Simon F. Kung

7    BRIAN PUGH                            SIMON F. KUNG
     Assistant Federal Public Defender     Assistant United States Attorney
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00212-GMN-BNW |
| Plaintiff, | ORDER |
| v. | |
| MARIA MAGDALENA MENDOZA, | |
| Defendant. | |

## **ORDER**

IT IS THEREFORE ORDERED that the motion hearing currently scheduled for May 2, 2022, at the hour of 9:30 a.m., be vacated and continued to September 7, 2022 at 10:00 a.m.

DATED this 5th day of April 2022.

_____
UNITED STATES MAGISTRATE JUDGE