RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Maria Magdalena Mendoza

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00212-RFB-BNW |
| Plaintiff, | **STIPULATION TO CONTINUE TRIAL DATES** |
| v. | (Seventh Request) |
| MARIA MAGDALENA MENDOZA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Simon F. Kung, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, Joanne L. Diamond, Assistant Federal Public Defender, counsel for Maria Magdalena Mendoza, that the calendar call currently scheduled for September 6, 2022, at 1:30 p.m., and the trial scheduled for September 12, 2022, at 9:00 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than ninety (90) days.

The Stipulation is entered into for the following reasons:

1. Counsel for Ms. Mendoza, Assistant Federal Public Defender Joanne Diamond, was recently assigned to this case. She entered her notice of appearance on April 15, 2022, ECF No. 61, replacing formerly assigned counsel, Assistant Federal Public Defender Brian Pugh.

2. Mr. Pugh was Ms. Mendoza's counsel of record for over a year. ECF No. 33. It will take time for Ms. Diamond to develop a similarly effective working relationship with Ms. Mendoza.

3. Since her assignment to the case, Ms. Diamond has been focusing her efforts on preparing for the upcoming evidentiary hearing on Ms. Mendoza's Motion to Suppress, ECF. No. 44. She needs additional time to become sufficiently familiar with the discovery in this case to determine whether any further investigation is required in order to effectively advise Ms. Mendoza as to any available trial defenses, and to effectively counsel her in deciding whether her case will ultimately go to trial or resolve through negotiations.

4. The defendant is not incarcerated and does not object to the continuance.

5. The parties agree to the continuance.

6. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively complete investigation of the discovery materials provided.

7. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

1     This is the seventh stipulation to continue filed herein.

2     DATED this 9th day of August, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>Acting United States Attorney |
| By */s/ Joanne L. Diamond*<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | By */s/ Simon F. Kung*<br>SIMON F. KUNG<br>Assistant United States Attorney |

3

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARIA MAGDALENA MENDOZA,<br><br>　　　　　Defendant. | Case No. 2:20-cr-00212-RFB-BNW<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for Ms. Mendoza, Assistant Federal Public Defender Joanne Diamond, was recently assigned to this case. She entered her notice of appearance on April 15, 2022, ECF No. 61, replacing formerly assigned counsel, Assistant Federal Public Defender Brian Pugh.

2. Mr. Pugh was Ms. Mendoza's counsel of record for over a year. ECF No. 33. It will take time for Ms. Diamond to develop a similarly effective working relationship with Ms. Mendoza.

3. Since her assignment to the case, Ms. Diamond has been focusing her efforts on preparing for the upcoming evidentiary hearing on Ms. Mendoza's Motion to Suppress, ECF. No. 44. She needs additional time to become sufficiently familiar with the discovery in this case to determine whether any further investigation is required in order to effectively advise Ms. Mendoza as to any available trial defenses, and to effectively counsel her in deciding whether her case will ultimately go to trial or resolve through negotiations.

4. The defendant is not incarcerated and does not object to the continuance.

5. The parties agree to the continuance.

6. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively complete investigation of the discovery materials provided.

7. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section § 3161 (h)(7)(A), when considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

**ORDER**

IT IS THEREFORE ORDERED that trial briefs, proposed voir dire questions, proposed jury instructions, and a list of the Government's prospective

witnesses must be electronically submitted to the Court by the <u>30th</u> day of <u>December</u>, 2022, by the hour of 4:00 p.m.

IT IS FURTHER ORDERED that the calendar call currently scheduled for September 6, 2022, at the hour of 1:30 p.m., be vacated and continued to <u>January 3, 2023</u> at the hour of <u>1</u>:<u>30</u> p.m.; and the trial currently scheduled for September 12, 2022, at the hour of 9:00 a.m., be vacated and continued to <u>January 9, 2023</u> at the hour of <u>9</u>:<u>00</u> a.m.

DATED this <u>10th</u> day of August, 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE