RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for Maria Magdalena Mendoza

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>MARIA MAGDALENA MENDOZA,<br><br>             Defendant. | Case No. 2:20-cr-00212-RFB-BNW<br><br>**STIPULATION TO CONTINUE EVIDENTIARY HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason Frierson, United States Attorney, and Eric C. Schmale, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, Brian Pugh, Assistant Federal Public Defender, counsel for Maria Magdalena Mendoza, that the evidentiary hearing currently scheduled for October 14, 2022 at 8:30 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than thirty (30) days.

The Stipulation is entered into for the following reasons:

1. The parties are negotiating and close to reaching a plea agreement. The agreement includes Ms. Mendoza abandoning her motion to suppress.

2. The parties request additional time to complete negotiations and resolve the case by plea agreement.

3. The defendant is not incarcerated and does not object to the continuance.

This is the first stipulation to continue filed herein.

DATED this 11th day of October 2022.


| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Brian Pugh*<br>BRIAN PUGH<br>Assistant Federal Public Defender | By */s/ Eric Schmale*<br>ERIC C. SCHMALE<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

MARIA MAGDALENA MENDOZA,

    Defendant.

Case No. 2:20-cr-00212-RFB-BNW

ORDER

## ORDER

IT IS THEREFORE ORDERED that the evidentiary hearing currently scheduled for October 14, 2022, at the hour of 8:30 a.m., be vacated and continued to November 30, 2022 at the hour of 9:00 a.m.

DATED this 12th day of October, 2022

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3