RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for Maria Magdalena Mendoza

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00212-RFB-BNW |
| Plaintiff, | **STIPULATION TO CONTINUE EVIDENTIARY HEARING** |
| v. | (Second Request) |
| MARIA MAGDALENA MENDOZA, | |
| Defendant. | |

    IT IS HEREBY STIPULATED AND AGREED, by and between Jason Frierson, United States Attorney, and Eric C. Schmale, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, Brian Pugh, Assistant Federal Public Defender, counsel for Maria Magdalena Mendoza, that the evidentiary hearing currently scheduled for November 30, 2022 at 9:00 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than sixty (60) days.

    The Stipulation is entered into for the following reasons:

    1.    The parties are trying to resolve the case through negotiations and are investigating factual issues relevant to the terms of the proposed plea agreement. Under the proposed plea agreement, Ms. Mendoza would waive her right to pursue any pretrial motions that have been or could be filed, including her motion to suppress.

2. Counsel for the defense is on annual leave on the date of the hearing.

3. The parties request additional time to complete negotiations and resolve the case by plea agreement.

4. The parties agree to the continuance. The defendant is not incarcerated and does not object to the continuance.

This is the second stipulation to continue filed herein.

DATED this 16th day of November 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Brian Pugh*<br>BRIAN PUGH<br>Assistant Federal Public Defender | By */s/ Eric Schmale*<br>ERIC C. SCHMALE<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARIA MAGDALENA MENDOZA,<br><br>　　　　　Defendant. | Case No. 2:20-cr-00212-RFB-BNW<br><br>ORDER |

**ORDER**

IT IS THEREFORE ORDERED that the evidentiary hearing currently scheduled for November 30, 2022, at the hour of 9:00 a.m., be vacated and continued to <u>February 1, 2023</u> at the hour of <u>9</u>:<u>00</u> <u>a</u>.m.

DATED this <u>21st</u> day of <u>November</u>, 2022.

_____
RICHARD F. BOULWARE, II
United States District Judge

3