WALDO LAW, LLC
JENNIFER M. WALDO, ESQ.
Nevada Bar No. 11900
10161 West Park Run Drive,
Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 908-2431
Facsimile: (702) 901-6192
Email: jmw@jwaldolaw.com
*Attorney for Maria Mendoza*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>MARIA MENDOZA,<br><br>    Defendant. | CASE NO: 2:20-CR-00212-RFB-BNW<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson United States Attorney, and Eric Schmale, Assistant United States Attorney, counsel for the United States of America, and Jennifer M. Waldo counsel for Maria Mendoza that the Sentencing date, currently scheduled for Tuesday, May 16, 2023 be vacated and set to a date and time convenient to this Court, but no sooner than two (2) weeks.

/ / / /

/ / / /

/ / / /

FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER - 1

The Stipulation is entered into for the following reasons:

1. That on April 26, 2023, defense counsel was appointed to represent the named defendant in the above matter;

2. That counsel anticipates receiving the file from prior counsel on May 9, 2023;

3. That counsel needs time to review the file and the Pre-Sentence Investigation Report that was prepared in this matter, meet with Ms. Mendoza and prepare for sentencing;

4. That defense counsel has spoken to government counsel and the government has no objection to this request for a continuance;

5. That defense counsel has spoken Ms. Mendoza regarding the need for a continuance and she has no objection to a short continuance;

6. That the additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the defendant sufficient time to effectively prepare for sentencing; and

7. This is the first request to continue the sentencing in this matter.

DATED this 8th day of May, 2023.

JASON M. FRIERSON
United States Attorney

By: */s/ Eric Schmale*
Counsel for USA

Waldo Law, LLC.

By: */s/ Jennifer M. Waldo*
Counsel for Maria Mendoza

WALDO LAW, LLC
JENNIFER M. WALDO, ESQ.
Nevada Bar No. 11900
10161 West Park Run Drive,
Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 908-2431
Facsimile: (702) 901-6192
Email: jmw@jwaldolaw.com
*Attorney for Maria Mendoza*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARIA MENDOZA,<br><br>Defendant. | CASE NO: 2:20-CR-00212-RFB-BNW<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |

## FINDINGS OF FACT

1. That on April 26, 2023, defense counsel was appointed to represent the named defendant in the above matter;

2. That counsel anticipates receiving the file from prior counsel on May 9, 2023;

3. That counsel needs time to review the file and the Pre-Sentence Investigation Report that was prepared in this matter, meet with Ms. Mendoza and prepare for sentencing;

4. That defense counsel has spoken to government counsel and the government has no objection to this request for a continuance;

FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER - 3

5. That defense counsel has spoken Ms. Mendoza regarding the need for a continuance and she has no objection to a short continuance;

6. That the additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the defendant sufficient time to effectively prepare for sentencing; and

7. This is the first request to continue the sentencing in this matter.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interests of the public and the defense in a proceeding with the sentencing hearing as currently scheduled.

## ORDER

IT IS THEREFORE ORDERED that the sentencing date currently scheduled for May 16, 2023 be vacated and **continued to the 1st day of June, 2023 at the hour of 10:00 am.**

DATED AND DONE this 9th DAY of May, 2023

_____
RICHARD F BOULWARE, II
UNITED STATES DISTRICT JUDGE

FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER - 4